Case 08-72163    Doc 22    Filed 11/05/08    Entered 11/05/08 11:26:51    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  CAROLYN GILLETTE  
310 HIGHLAND AVENUE  
ROCKFORD, IL 61104

SSN-xxx-xx-8367

Case Number: 08-72163

Case filed on: 7/10/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $0.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | CAROLYN GILLETTE (PRO SE) | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CAROLYN GILLETTE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SAXON MORTGAGE SERVICES INC | 125,659.10 | 125,659.10 | 0.00 | 0.00 |
| 003 | ROCK VALLEY CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ROCK VALLEY CU | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ROCKFORD MERCH. AGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BRIGHTER LOANS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AAA CHECKMATE | 1,359.75 | 1,359.75 | 0.00 | 0.00 |
| 008 | ROCK RIVER WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF ROCKFORD | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COMMONWEALTH EDISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD POSTAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WORLDWIDE ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | DUVERA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BROTHER LOAN & FINANCE COMPANY | 1,405.19 | 1,405.19 | 0.00 | 0.00 |
| 017 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | AMERICASH LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PAY DAY ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | US BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | DR. DARLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | KALVIN GILLETTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SIR FINANCE CORPORATION | 1,277.00 | 1,277.00 | 0.00 | 0.00 |
| 025 | ROUNDUP FUNDING LLC | 1,309.18 | 1,309.18 | 0.00 | 0.00 |
| 026 | ASSET ACCEPTANCE CORP | 260.92 | 260.92 | 0.00 | 0.00 |
| 027 | ASSET ACCEPTANCE CORP | 150.00 | 150.00 | 0.00 | 0.00 |
|  | Total Unsecured | 131,421.14 | 131,421.14 | 0.00 | 0.00 |
|  | Grand Total: | 131,421.14 | 131,421.14 | 0.00 | 0.00 |

Total Paid Claimant:       $0.00  
Trustee Allowance:         $0.00  
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>10/30/2008</u>          By  /s/Heather M. Fagan